IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA as agent for PHILLIP AMERIS and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, WESTERN PENNSYLVANIA HEAVY & HIGHWAY CONSTRUCTION ADVANCEMENT FUND and LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions<br>Plaintiffs,<br><br>v<br><br>FLAG STAFF TRAFFIC AND CONTROL SPECIALISTS also known as FLAG STAFF,<br>Defendant. | 2:10-cv-197 |

## ORDER OF COURT

AND NOW, this 21st day of October, 2011, upon consideration of Plaintiffs' EMERGENCY MOTION FOR BENCH WARRANT, filed at Doc. No. 24, and the Order of Court issued on July 8, 2011, that found Tomilyn Miller in contempt of the Orders of this Court of November 19, 2010, and June 13, 2011, filed at Doc. No. 23, it is hereby **ORDERED, ADJUDGED and DECREED** that a bench warrant by immediately issued for the arrest and incarceration/detainment of Tomilyn Miller, currently incarcerated in the Mercer County Jail, until such time she appears and cooperates in a deposition in aid of execution and produces all of the records and information required by this Court's previous orders.

It is further **ORDERED** that the United States Marshals Service shall produce Tomilyn Miller before the Court, in Courtroom 6C, United States Courthouse, Pittsburgh, PA 15219, on Tuesday, October 25, 2011, at 1:30 p.m.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Jeffrey J. Leech, Esquire
 Email: jleech@tuckerlaw.com
 Neil J. Gregorio, Esquire
 Email: ngregorio@tuckerlaw.com
 Owen J. McGrann, Esquire
 Email: omcgrann@tuckerlaw.com